Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 5, 1962

**No. 67240.**—Geo. Wm. Rueff, Inc. *v.* United States, protests 59/14594–15620, etc. (New Orleans).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67241.**—Glencourt Importing Co. et al. *v.* United States, protests 60/13823, etc.  (Seattle).

Opinion by OLIVER, C.J.,  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 5, 1962

**No. 67242.**—American Pecco Corp. *v.* United States, protests 60/24197, etc. (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.